IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ISAAC GRANT KHALLOUF, | : | Civil No. 1:20-cv-0241 |
| Plaintiff, | : | |
| v. | : | |
| CAMP HILL PRISON, *et al.*, | : | |
| Defendants. | : | Judge Jennifer P. Wilson |

## ORDER

For the reasons stated in the accompanying memorandum, **IT IS ORDERED AS FOLLOWS**:

1. The Defendants' motion to dismiss (Doc. 16) is **GRANTED.**

2. The Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE**.

3. The Clerk of Court is directed to **CLOSE** this case.

4. Any appeal from this order is **DEEMED** frivolous and not taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

                                                       s/Jennifer P. Wilson
                                                       JENNIFER P. WILSON
                                                       United States District Court Judge
                                                       Middle District of Pennsylvania

Dated: July 6, 2020